Alejandro Ledesma, Jr.
TDCJ-CID #1134797
French M. Robertson Unit
12071 FM 3522
Abilene, Texas 79601-8749
(325)548-9035

April 18th, 2015

Hon. Abel Acosta, Clerk
COURT OF CRIMINAL APPEALS
P.O. Box 12308
Austin, Texas 78711-2308
(512)463-1551 / 463-7061 FAX
www.cca.courts.state.tx.us

RE: Appellate Case Number: 08-03-00108-CR
     Trial Court Case Number: 20000D04485-41
STYLED: LEDESMA V. STATE

Dear Clerk,

I am seeking your assgned case number to "PETITION FOR DISCRETIONARY REVIEW" (PDR) in the above-listed case. I believe that my appellate counsel, Matthew Mateo Dekoatz had filed habeas corpus seeking permission to file an out of time PDR under WR-56,745-02.

Please send me a copy of your DOCKET SHEET so I may see when the PDR was filed and finally disposed in your court.

If anything further is required from myself, please let me know at once.

Thank you for your time and assistance.

Sincerely,


Alejandro Ledesma, Jr.


ALJ/rjr-file

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk